**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**SMOOTHIE KING FRANCHISES, INC.**                                   **PLAINTIFF**

**V.**                                    **NO. 4-03-CV-00079 GTE**

**MICHELLE WILLOUGHBY AND**                              **DEFENDANTS**
**JOEY WILLOUGHBY**

<u>**AMENDED REPLY TO DEFENDANTS' COUNTERCLAIM**</u>

For its Amended Reply to Defendants Michelle Willoughby and Joey

Willoughby's ("Defendants") Counterclaim, Plaintiff Smoothie King Franchises, Inc.

("Smoothie King") states as follows:

1.      Smoothie King denies each and every allegation in Defendants'

Counterclaim unless specifically admitted herein.

2.      With respect to the allegations in Paragraph 1 of Defendants'

Counterclaim, Smoothie King states that Defendants' Counterclaim purports to state a

claim under the cited Arkansas statutes.  Smoothie King denies all remaining allegations,

and specifically denies that Defendants' Counterclaim states a claim for relief under any

Arkansas statute.

3.      Smoothie King admits the allegations in Paragraph 2 of Defendants'

Counterclaim.

4.      With respect to the allegations in Paragraph 3 of Defendants'

Counterclaim, Smoothie King admits the allegations to the best of Smoothie King's

information and belief.

5.      Smoothie King admits the allegations in Paragraph 4 of Defendants' Counterclaim.

6.      As to the allegations in Paragraph 5 of Defendants' Counterclaim, Smoothie King admits that the parties entered into the Franchise Agreement and Area Development Agreement attached as Exhibit B and Exhibit A to Smoothie King's Verified Complaint, and states that the terms of those documents speak for themselves.

7.      Smoothie King admits the allegations in Paragraph 6 through 9 of Defendants' Counterclaim.

8.      As to the allegations in Paragraph 10 of Defendants' Counterclaim, Smoothie King states that the terms of the Franchise Agreement speak for themselves, and denies all remaining allegations.

9.      As to the allegations in Paragraph 11 of Defendants' Counterclaim, Smoothie King states that Defendants' Counterclaim misquotes the Uniform Franchise Offering Circular.  Smoothie King further states that language of the Uniform Franchise Offering Circular speaks for itself in its entirety and in context.

10.     As to the allegations in Paragraph 12 of Defendants' Counterclaim, Smoothie King admits that Defendants paid some Advertising Fees and Operating Fees to Smoothie King after Defendants opened their franchised business.  Smoothie King denies all remaining allegations in Paragraph 12.

11.     Smoothie King denies all allegations in Paragraphs 13 through 14 of Defendants' Counterclaim.

12.     As to the allegations in Paragraph 15 of Defendants' Counterclaim, Smoothie King admits that it sent to Defendants a Notice of Default and Termination

dated November 25, 2002, and that a true and correct copy of that Notice is attached as Exhibit D to Smoothie King's Verified Complaint. Smoothie King further states that the Notice speaks for itself, and denies all remaining allegations in this Paragraph.

13.    As to the allegations in Paragraph 16 of Defendants' Counterclaim, Smoothie King states that this Paragraph states a legal conclusion, and no response is necessary.  To the extent Defendants allege they state a claim under the covenant of good faith and fair dealing, Smoothie King denies all such allegations.

14.    Smoothie King denies the allegations in Paragraph 17 of Defendants' Counterclaim, and further states that the language of the Arkansas Franchise Practices Act speaks for itself.

15.    As to the allegations in Paragraphs 18 through 20 of Defendants' Counterclaim, Smoothie King states that the language of the Arkansas Code speaks for itself.

16.    Smoothie King incorporates its responses to Paragraphs 1 through 20 of Defendants' Counterclaim.

17.    Smoothie King denies all allegations in Paragraphs 22 through 26 of Defendants' Counterclaim.

18.    Smoothie King incorporates its responses to Paragraphs 1 through 26 of Defendants' Counterclaim.

19.    Smoothie King denies all allegations in Paragraphs 28 through 33 of Defendants' Counterclaim.

20.    With respect to the remaining allegations in Defendants' Counterclaim, Smoothie King denies that Defendants are entitled to any relief on any of their claims.

## AFFIRMATIVE DEFENSES

1.      One or more of Defendants' counterclaims fails to state a claim on which relief can be granted.

2.      One or more of Defendants' counterclaims are barred by the doctrines of equitable estoppel and/or unclean hands.

3.      One or more of Defendants' counterclaims are barred by the doctrine of laches.

4.      One or more of Defendants' counterclaims are barred by applicable statutes of limitation.

5.      Smoothie King reserves the right to assert additional affirmative defenses as proceedings and discovery continue.

**WHEREFORE,** Plaintiff Smoothie King respectfully requests that this Court dismiss Defendants' Counterclaim in its entirety and grant Smoothie King its allowable costs, fees and expenses incurred with respect to the Counterclaim, and grant Smoothie King any further relief the Court may deem appropriate.

Dated:  November 4 , 2003

Respectfully submitted,

GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.
Jennifer J. Kehoe, MN Atty No. 268756
3400 City Center
33 South Sixth Street
Minneapolis, MN  55402
Telephone: 612/ 343-2800
Facsimile: 612/333-0066

AND

**WILLIAMS & ANDERSON PLC**
111 Center Street, Twenty-Second Floor
Little Rock, AR 72201
Telephone: 501/ 372-0800
Facsimile: 501/ 372-6453

By: _*Kelly S. Terry*_____
        Kelly S. Terry, Ark. Bar No. 94159

*Attorneys for Plaintiff Smoothie King
Franchises, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on the __*4th*__ day of November, 2003, a copy of the foregoing pleading was served by hand delivery upon the following:

    James M. Simpson, Esquire
    R. Christopher Lawson, Esquire
    Kimberly Dickerson, Esquire
    Friday, Eldredge & Clark, LLP
    2000 Regions Center
    400 W. Capitol Avenue
    Little Rock, AR  72201-3493

*Attorneys for Defendants*

                            *Kelly S. Terry*_____
                            Kelly S. Terry