FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 09 2004

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

SMOOTHIE KING FRANCHISES, INC.                                            PLAINTIFF

vs.                              No. 4-03-CV-00079 GTE

MICHELLE WILLOUGHBY and
JOEY WILLOUGHBY                                                          DEFENDANTS

## DEFENDANTS' STATUS REPORT

Come now the Defendants, Michelle Willoughby and Joey Willoughby, by and through their attorneys, Friday, Eldredge & Clark, LLP, and for their status report in the above-captioned matter state:

1. The parties have completed discovery.

2. Defendants and Plaintiff have exchanged offers of settlement. While no agreement has been reached at this time, Defendants expect settlement negotiations to continue.

3. Should the parties be unable to reach an agreement through settlement, Defendants anticipate that it would take two to three days to try the case.

Respectfully submitted,

James M. Simpson #77125
R. Christopher Lawson #93083
Kimberly A. Dickerson, #2003124
FRIDAY, ELDREDGE & CLARK, LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas 72201-3493
(501) 376-2011

Attorneys for Defendants

_____
Kimberly A. Dickerson, #2003124

## CERTIFICATE OF SERVICE

I, Kimberly A. Dickerson, do hereby certify that a true and correct copy of the foregoing was sent first-class U.S. Mail, postage prepaid, and by facsimile, on this __9th__ day of February, 2004, to the following:

Jennifer J. Kehoe
Kirk W. Reilly
Gray, Plant, Mooty, Mooty & Bennett, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

Kelly S. Terry
WILLIAMS & ANDERSON, LLP
111 Center Street, Twenty-Second Floor
Little Rock, Arkansas 72201

*Kim Dickerson*
KIMBERLY A. DICKERSON