

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

SMOOTHIE KING FRANCHISES, INC.                                    PLAINTIFF

VS.                    CASE NO. 4:03-CV-079 GTE

MICHELLE WILLOUGHBY AND
JOEY WILLOUGHBY                                                   DEFENDANTS

### ORDER

The parties have advised that they have reached a settlement in this matter. Therefore, the Complaint will be dismissed. Accordingly,

IT IS THEREFORE ORDERED that this case be, and it is hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 23rd day of March, 2004.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 3/23/04 BY _____

bt

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

March 23, 2004

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:   4:03-cv-00079.

True and correct copies of the attached were mailed by the clerk to the following:

    Kelly S. Terry, Esq.
    Williams & Anderson
    111 Center Street
    Suite 2200
    Little Rock, AR   72201-2413

    Jennifer J. Kehoe, Esq.
    Gray Plant Mooty
    IDS Center
    80 South Eighth Street
    Suite 500
    Minneapolis, MN   55402-3796

    Kirk Reilly, Esq.
    Gray Plant Mooty
    IDS Center
    80 South Eighth Street
    Suite 500
    Minneapolis, MN   55402-3796

    James M. Simpson Jr., Esq.
    Friday, Eldredge & Clark
    Regions Center
    400 West Capitol Avenue
    Suite 2000
    Little Rock, AR   72201-3493

    R. Christopher Lawson, Esq.
    Friday, Eldredge & Clark
    Regions Center
    400 West Capitol Avenue
    Suite 2000
    Little Rock, AR   72201-3493

    Martin A. Kasten, Esq.

```
Friday, Eldredge & Clark
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR  72201-3493

press
```

James W. McCormack, Clerk

Date: 3/23/04 _____     BY: BTyree _____