FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 26 2004

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

SMOOTHIE KING FRANCHISES, INC.                              PLAINTIFF

VS.                                  CASE NO. 4:03-CV-079 GTE

MICHELLE WILLOUGHBY AND
JOEY WILLOUGHBY                                             DEFENDANTS

## ORDER

The parties previously advised that they had reached a settlement in this matter. Accordingly, the Court dismissed the Complaint on March 23, 2004. As part of the settlement, the parties agreed on the terms of a permanent injunction to be entered by the Court. The Court has reviewed the Stipulation for Entry of Permanent Injunction by Consent and the Proposed Order for Permanent Injunction. Accordingly, the Court will enter a separate Order for Permanent Injunction on this date.

IT IS SO ORDERED this 23rd day of April, 2004.

_____
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 4/27/04 BY _____

1

56

loj

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

April 27, 2004

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:03-cv-00079.

True and correct copies of the attached were mailed by the clerk to the following:   press, file

    Kelly S. Terry, Esq.
    Williams & Anderson
    111 Center Street
    Suite 2200
    Little Rock, AR   72201-2413

    Jennifer J. Kehoe, Esq.
    Gray, Plant, Mooty, Mooty & Bennett, P.A.
    IDS Center
    80 South Eighth Street
    Suite 500
    Minneapolis, MN   55402

    Kirk Reilly, Esq.
    Gray, Plant, Mooty, Mooty & Bennett, P.A.
    IDS Center
    80 South Eighth Street
    Suite 500
    Minneapolis, MN   55402

    James M. Simpson Jr., Esq.
    Friday, Eldredge & Clark
    Regions Center
    400 West Capitol Avenue
    Suite 2000
    Little Rock, AR   72201-3493

    R. Christopher Lawson, Esq.
    Friday, Eldredge & Clark
    Regions Center
    400 West Capitol Avenue
    Suite 2000
    Little Rock, AR   72201-3493

    Martin A. Kasten, Esq.

Friday, Eldredge & Clark  
Regions Center  
400 West Capitol Avenue  
Suite 2000  
Little Rock, AR   72201-3493

James W. McCormack, Clerk

Date: 4/27/04  BY: L Jones